NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MACDERMID ENTHONE INC., FKA ENTHONE, INC.,**
*Appellant*

**v.**

**BASF CORPORATION,**
*Appellee*

---

2022-1356

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00696.

---

**JUDGMENT**

---

ROBERT M. EVANS, JR., Lewis Rice LLC, St. Louis, MO, argued for appellant. Also represented by MICHAEL HENRY DURBIN, MICHAEL J. HARTLEY.

RUSSELL BLYTHE, King & Spalding LLP, Atlanta, GA, argued for appellee. Also represented by HOLMES J. HAWKINS, III; JEFFREY S. BUCHOLTZ, JOSHUA NATHANIEL MITCHELL, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 13, 2023                    /s/ Jarrett B. Perlow
Date                             Jarrett B. Perlow
                                 Clerk of Court